**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

CHRISTINA M. G.,

                                    Plaintiff,

        v.                                                    1:25-CV-1591
                                                              (AJB/PJE)

COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.

_____

**PAUL J. EVANGELISTA**
**U.S. MAGISTRATE JUDGE**

### ORDER ON APPLICATION TO PROCEED
### WITHOUT PREPAYMENT OF FEES

Having considered the renewed application to proceed without prepayment of

fees under 28 U.S.C. § 1915 (Dkt. No. 3);

It is **ORDERED** that the application is:

☒   **GRANTED**

        **DENIED** for the following reasons _____:

Dated: November 25, 2025
    Albany, New York

_____
Paul J. Evangelista
U.S. Magistrate Judge